

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00495-CV

Olga Lydia **VENEGAS**
Appellant/Cross-Appellee

v.

Ricardo **VENEGAS** and Maribel Veronica Ortiz,
Appellees/Cross-Appellants

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19142
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

After this court granted the court reporter's first request for an extension of time to file the reporter's record, it was due on December 2, 2022. *See* TEX. R. APP. P. 35.1. Before the once-extended due date, court reporter Judy Mata filed a second notification of late reporter's record. She requested a forty-five-day extension of time to file the record until January 16, 2023.

The request is GRANTED IN PART. The reporter's record is due on January 2, 2023. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by January 2, 2023, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript for this appeal by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court